**People of the State of Illinois, Plaintiff-Appellee, v. James P. Chipman, Defendant-Appellant.**

Gen. No. 50,995.

First District, Third Division.

June 22, 1967.

Arnold B. Harris, of Chicago (Alan M. Katz, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Morton E. Friedman, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.